IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Dillard, Frank | Case Number: 06 B 06432 |
| Dillard, Venicia | Judge: Hollis, Pamela S |
| Printed: 6/10/08 | Filed: 6/3/06 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: March 24, 2008
Confirmed: August 28, 2006

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 9,670.00 | |
| Secured: | | 7,744.95 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 1,433.47 |
| Trustee Fee: | | 491.57 |
| Other Funds: | | 0.01 |
| Totals: | 9,670.00 | 9,670.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Lorraine Greenberg & Assoc LLC | Administrative | 3,000.00 | 1,433.47 |
| 2. | HomeComings Financial Network | Secured | 0.00 | 0.00 |
| 3. | Beneficial Illinois Inc | Secured | 992.94 | 406.49 |
| 4. | Wells Fargo Fin Acceptance | Secured | 10,733.80 | 3,395.06 |
| 5. | Wells Fargo Fin Acceptance | Secured | 10,880.82 | 3,653.05 |
| 6. | Beneficial Illinois Inc | Secured | 547.58 | 290.35 |
| 7. | HomeComings Financial Network | Secured | 1,855.55 | 0.00 |
| 8. | Nationwide Acceptance Corp | Unsecured | 123.12 | 0.00 |
| 9. | Beneficial Illinois Inc | Unsecured | 45.18 | 0.00 |
| 10. | Wells Fargo Fin Acceptance | Unsecured | 911.87 | 0.00 |
| 11. | Internal Revenue Service | Unsecured | 81.80 | 0.00 |
| 12. | Brother Loan & Finance | Unsecured | 61.08 | 0.00 |
| 13. | ECast Settlement Corp | Unsecured | 1,355.15 | 0.00 |
| 14. | ECast Settlement Corp | Unsecured | 24.51 | 0.00 |
| 15. | Wells Fargo Fin Acceptance | Unsecured | 710.29 | 0.00 |
| 16. | Beneficial Illinois Inc | Unsecured | 10.00 | 0.00 |
| 17. | ECast Settlement Corp | Unsecured | 24.04 | 0.00 |
| 18. | Beneficial Financial | Unsecured | | No Claim Filed |
| 19. | Beneficial | Unsecured | | No Claim Filed |
| 20. | Associated Creditor Exchange | Unsecured | | No Claim Filed |
| 21. | Capital One | Unsecured | | No Claim Filed |
| 22. | Beneficial Illinois Inc | Unsecured | | No Claim Filed |
| 23. | Collection System | Unsecured | | No Claim Filed |
| 24. | Collectech Systems | Unsecured | | No Claim Filed |
| 25. | Collection System | Unsecured | | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Dillard, Frank | Case Number: 06 B 06432 |
|---|---|---|
| | Dillard, Venicia | Judge: Hollis, Pamela S |
| | Printed: 6/10/08 | Filed: 6/3/06 |

| | | | | |
|---|---|---|---|---|
| 26. | Household | Unsecured | | No Claim Filed |
| 27. | GEMB | Unsecured | | No Claim Filed |
| 28. | Exxon Mobil | Unsecured | | No Claim Filed |
| 29. | Medical Collections | Unsecured | | No Claim Filed |
| 30. | GEMB | Unsecured | | No Claim Filed |
| 31. | GEMB | Unsecured | | No Claim Filed |
| 32. | Dell Financial Services, Inc | Unsecured | | No Claim Filed |
| 33. | T Mobile USA | Unsecured | | No Claim Filed |
| 34. | Dorothy Brown Clerk Of The Circuit | Unsecured | | No Claim Filed |
| 35. | Peoples Energy Corp | Unsecured | | No Claim Filed |
| 36. | Sprint | Unsecured | | No Claim Filed |
| 37. | Household | Unsecured | | No Claim Filed |

$ 31,357.73      $ 9,178.42

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5% | 45.68 |
| 4.8% | 215.34 |
| 5.4% | 230.55 |

$ 491.57

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

